IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-39-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| AR TEXTILES, LTD., ) | |
| ) | |
| Appellee. ) | |

This bankruptcy appeal from the United States Bankruptcy Court for the Eastern District of North Carolina is before the Court on appellant's withdrawal of its notice of appeal. [DE 5]. The same withdrawal has been filed in the underlying bankruptcy proceeding. Appellant contends that its appeal of the order of the bankruptcy court entered April 13, 2022, has been rendered moot.

Accordingly, the notice of appeal having been withdrawn, *see also* Fed. R. Bankr. P. 8023, the Clerk of Court is DIRECTED to close this case.

SO ORDERED, this 17 day of October 2022.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE